PROB 22
(Rev. 2/88)

| | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>12/03/2019<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___kss_____ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>0973 2:19CR00297-PA-3 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>19-cr-0516-RBJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Western |
|---|---|---|
| Mr. Jon Barry Vogt | NAME OF SENTENCING JUDGE<br>Hon. Percy Anderson | |
| | DATES OF PROBATION/   FROM                    TO<br>SUPERVISED RELEASE   September 23, 2019   September 22, 2022 | |

OFFENSE
18 U.S.C. § 371, 21 U.S.C. § 333(a)(1) Conspiracy to Introduce Misbranded Drugs into Interstate Commerce

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Colorado</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 03, 2019
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____COLORADO_____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 12, 2019
*Effective Date*

*United States District Judge*