Jon Vogt
103 Pipit Lake Court
Erie, CO 80516
720-427-4940
jonbvogt@gmail.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2021

JEFFREY P. COLWELL
CLERK

November 16, 2021

Honorable Judge R. Brooke Jackson
Judge of United States District Court for District of Colorado
c/o Clerk's Office
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Re: Probation of Jon Vogt, Case# 19CR516

Dear Judge Jackson,

I was informed by my probation officer, Brenda Meraz, that I may petition the court for an early release from probation in Case# 19CR516. I have paid all fines, completed the mandated 300 hours of community service, and complied with the rules of the United States Probation & Pretrial Services Office. I have less than 1 year left on my probation.

I am sorry for the crime I committed. I have learned from the situation. I have not run from it. It will be a source of regret the rest of my life.

I have previously never faced any legal issues of this magnitude. The process caused me a lot of stress. I did not personally profit from my crime. I was following company guidelines that have since been changed but I am now hypervigilant to ensure what I do is principled.

I am very blessed. I have a loving wife and daughter. I would appreciate the chance to resume my life as it was; as a husband, father, brother, and friend, and to allow me to address some medical issues that I could not adequately focus on while completing my community service.

If you need additional information, please let me know. I appreciate your consideration.

Sincerely,

Jon Vogt

Jon B. Vogt
103 Pipit Lake Ct.
Erie, CO 80516

DENVER CO 802
16 NOV 2021 PM 6 L

80294-250151

Honorable Judge R. Brooke Jackson
Judge of United States District Court for District of Colorado
c/o Clerk's Office
Alfred A Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

