IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00516-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JON BARRY VOGT,

        Defendant.

___

**ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT**
___

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 24th day of November, 2021.

                        MATTHEW T. KIRSCH
                        Acting United States Attorney

BY:    *s/ Anna K. Edgar*
        ANNA K. EDGAR
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Email: Anna.Edgar@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of November 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                       s/ *Amy McDaniel*
                                       Amy McDaniel
                                       Legal Assistant
                                       U.S. Attorney's Office