# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00516-RBJ-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Jon Barry VOGT,

   Defendant.

## ORDER REGARDING EARLY TERMINATION OF PROBATION

THIS MATTER is before the Court upon request by the defendant for the Court to consider early termination of probation [Document 2].

HAVING considered the probation officer's report and the government's response, the Court

__X__ ORDERS the defendant's term of probation be terminated immediately.

____ DENIES early termination of the defendant's probation.

DATED at Denver, Colorado, this __8th__ day of December, 2021.

BY THE COURT:

*[signature]*

R. Brooke Jackson
Senior District Court Judge